**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **OSCAR M. GARCIA-RODRIGUEZ,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **WELLS FARGO BANK, N.A. and NAVY** | § | |
| **FEDERAL CREDIT UNION,** | § | |
| | § | |
| *Defendants.* | § | |

<u>**DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF REMOVAL**</u>

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), pursuant to 28 U.S.C. § 1332, removes the above-captioned civil action currently pending in the El Paso County Court at Law No. 6, El Paso, Texas, Cause No. 2022DCV3338 (the "State Court Action"), to the United States District Court for the Western District of Texas, El Paso Division.

## I.   <u>STATEMENT OF THE CASE</u>

1.     On November 3, 2022, Plaintiff Oscar M. Garcia-Rodriguez ("Plaintiff") filed the *Plaintiff's Original Petition* (the "Complaint") in the County Court at Law.[1] In his Complaint, Plaintiff asserts claims for breach of contract, monies due on a written debt, quantum meruit, promissory estoppel, conversion, appropriation by theft, fraud by misrepresentation and/or inducement, fraud by nondisclosure, negligence or gross negligence, breach of duty of good faith and fair dealing, unjust enrichment, and violation of the Texas Deceptive Trade Practices Act against Wells Fargo and Defendant Navy Federal Credit Union ("NFCU") in connection with three alleged wire transfers originated at Wells Fargo and sent to an account at NFCU. Plaintiff seeks

---

[1] A copy of the Complaint is attached as Exhibit 2.

actual damages in the amount of $74,880.00, treble damages pursuant to the Texas Deceptive

Trade Practices Act in the amount of $224,640.00, plus additional attorneys' fees, pre-judgment

interest, and post-judgment interest.[2]

## II.      TIMELINESS OF REMOVAL

2.      Wells Fargo was served with the Complaint on November 23, 2022, and thirty (30)

days have not expired since service.  Accordingly, this Notice of Removal is timely.[3]

## III.      VENUE

3.      Venue is proper in the United States District Court for the Western District of

Texas, El Paso Division, because this district and division includes El Paso County, Texas – the

location of the pending State Court Action.[4]

## IV.      BASIS FOR REMOVAL: DIVERSITY JURISDICTION

### A.  The Parties are Citizens of Different States.

4.      There is complete diversity of citizenship between Plaintiff and Defendants Wells

Fargo and NFCU.[5]

5.      Plaintiff is a citizen of the State of Texas because he is domiciled here.[6]

6.      Wells Fargo is a national banking association organized under the laws of the

United States. It is a citizen of South Dakota because its articles of association establish that

location as its main office.  *See* 28 U.S.C. § 1348; *Wachovia Bank v. Schmidt*, 126 S. Ct. 941, 945

---

[2] *Id.* at ¶¶ 2, 13.
[3] *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.").
[4] *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 124(a)(2).
[5] 28 U.S.C. § 1332(a); *Carden v. Arkoma Assocs.*, 494 U.S. 185, 187 (1990) (diversity jurisdiction requires that no plaintiff is from the same state as any defendant); *Strawbridge v. Curtiss*, 7 U.S. 267, 2 L. Ed. 435 (1806).
[6] Exhibit 2, ¶ 5.

(U.S. 2006) ("[A] national bank, for § 1348 purposes, is a citizen of the State in which its main office, as set forth in its articles of association, is located."); *see also McKenna v. Wells Fargo Bank, N.A.*, 693 F.3d 207, 212 (1st Cir. 2012) ("Wells Fargo is a citizen of South Dakota for diversity purposes."); *Hargrow v. Wells Fargo Bank, N.A.*, 491 Fed. App'x 534, 536 (6th Cir. 2012) (same).

7.      NFCU is a nationally chartered credit union headquartered in Virginia, with its principal place of business located in Vienna, Virginia.  The State Court Action docket reflects that NFCU has not been served.

8.      Because Plaintiff is a citizen of Texas (and not South Dakota or Virginia) and neither Wells Fargo nor NFCU is a citizen of Texas, complete diversity exists.

**B.    The Amount in Controversy Exceeds $75,000.**

9.      In order to establish diversity jurisdiction, the amount in controversy must exceed $75,000.[7] On its face, Plaintiff's Complaint shows that it seeks damages of $299,520.00, plus attorney's fees, well above the $75,000 threshold.[8]  Therefore, the amount in controversy minimum is satisfied.

**V.      PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED**

10.     Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served in the County Court action are attached hereto as **Exhibit 1** through **Exhibit 9**.

11.     Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Wells Fargo is providing Plaintiff, through counsel, with written notice of removal and a copy of this Notice of Removal is being filed with the County Court at Law No. 6 of El Paso County, Texas.

---

[7] 28 U.S.C. § 1332(a).
[8] Ex. 2, ¶ 2.

## VI.   CONCLUSION

The Court may exercise original jurisdiction over this action because complete diversity exists between Plaintiff and Defendants, and the amount in controversy exceeds $75,000.

Dated:   December 16, 2022

Respectfully submitted,

/s/ *Justin Opitz*

**Justin Opitz**
SBN: 24051140
jopitz@mcguirewoods.com
**Elizabeth Chandler**
SBN: 24097484
echandler@mcguirewoods.com
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Telephone: 214.932.6400
Facsimile:  214.932.6499

**ATTORNEYS FOR DEFENDANT
WELLS FARGO BANK, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, a true and correct copy of the foregoing was served via ECF as follows:

Michael R. Nevarez
mnevarez@lawofficesmrn.com
The Nevarez Law Firm, PC
7362 Remcon Circle
El Paso, Texas 79912
Phone: 915-225-2255
Fax: 915-845-3405

*Attorney for Plaintiff*

/s/ *Justin Opitz*

**Justin Opitz**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **OSCAR M. GARCIA-RODRUGUEZ,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **WELLS FARGO BANK, N.A. and NAVY** | § | |
| **FEDERAL CREDIT UNION,** | § | |
| | § | |
| *Defendants.* | § | |

## EXHIBIT INDEX

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Docket Sheet |
| 2. | Plaintiff's Original Petition |
| 3. | Request for Citations |
| 4. | Citation to Wells Fargo |
| 5. | Citation to NFCU |
| 6. | Citation to NFCU |
| 7. | Citation to NFCU |
| 8. | Citation to Wells Fargo |
| 9. | Citation to Wells Fargo |
| 10. | Notice of Service for Wells Fargo |
| 11. | Counsel of Record |

# EXHIBIT 1

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                    Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 2022DCV3338

| | | |
|---|---|---|
| **Oscar Garcia-Rodriguez vs Wells Fargo Bank, N.A., and Navy Ferderal Credit Union** | §<br>§<br>§<br>§<br>§ | Case Type: **Other Contract**<br>Date Filed: **11/03/2022**<br>Location: **County Court at Law 6** |

---

### PARTY INFORMATION

| | | **Lead Attorneys** |
|---|---|---|
| **Defendant** | **Navy Federal Credit Union** | |
| **Defendant** | **Wells Fargo Bank, N.A.** | |
| **Plaintiff** | **Garcia-Rodriguez, Oscar M.** | **MICHAEL R NEVAREZ**<br>*Retained*<br>915-225-2255(W) |

---

### EVENTS & ORDERS OF THE COURT

| | |
|---|---|
| **OTHER EVENTS AND HEARINGS** | |
| 11/03/2022 **Original Petition (OCA)      Index # 1** | |
| 11/03/2022 **E-File Event Original Filing** | |
| 11/08/2022 **Request      Index # 2** | |
| 11/10/2022 **Citation** | |
| Navy Federal Credit Union | Unserved |
| 11/10/2022 **Citation** | |
| Navy Federal Credit Union | Unserved |
| 11/10/2022 **Citation** | |
| Navy Federal Credit Union | Unserved |
| 11/10/2022 **Citation** | |
| Wells Fargo Bank, N.A. | Unserved |
| 11/10/2022 **Citation** | |
| Wells Fargo Bank, N.A. | Unserved |
| 11/10/2022 **Citation** | |
| Wells Fargo Bank, N.A. | Unserved |

# EXHIBIT 2

| | |
|---|---|
| **OSCAR M. GARCIA-RODRIGUEZ,** § | |
| §| |
| **Plaintiff,** § | |
| § | |
| **v.** § | **CASE NUMBER:** _____ |
| § | |
| **WELLS FARGO BANK, N.A. and,** § | |
| **NAVY FERDERAL CREDIT UNION,** § | |
| § | |
| **Defendants.** § | |

---

### PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **COMES NOW** OSCAR M. GARCIA-RODRIGUEZ ("Plaintiff" and/or "GARCIA"), by

and through the undersigned counsel, and hereby files this "Plaintiff's Original Petition"

("Petition") against Defendants WELLS FARGO BANK, N.A. ("WELLS FARGO") and NAVY

FEDERAL CREDIT UNION ("NFCU") (collectively "Defendants") (with Plaintiff and

Defendants hereinafter jointly referred to as the "Parties"), and would respectfully show the

Court as follows:

### I.    INTRODUCTION.

    1.    This is a cause of action by Plaintiff, against WELLS FARGO and NFCU, as

jointly and severally liable, for (a) Action for Breach of Contract; (b) Action for Monies Due on

a Written Debt; (c) Action for Money Had and Received; (d) Action for *Quantum Meruit*; (e)

Action for Promissory Estoppel As A Claim; (f) Action for Appropriation by Theft; (g) Action

for Conversion, (h) Action for Fraud by Misrepresentation and/or Inducement; (i) Action for

Fraud by Nondisclosure; (j) Action for Negligence and/or Gross Negligence; (k) Action for

Breach of Duty of Good Faith and Fair Dealing; (l) Action for Unjust Enrichment, and (m) Action for Texas Deceptive Trade Practices Act.

2.　　Plaintiff seeks actual damages in the amount of **$4,880.00**, and treble damages pursuant to the Texas Deceptive Trade Practices in the amount of **$224,640.00**, for a total claim amount of **$299,520.00**, plus costs of court, attorney fees, pre-judgment interest, and post-judgment interest.

## II.　　DISCOVERY.

3.　　Discovery is intended to be conducted under Level 2 of Texas Rule of Civil Procedure 190.2.  Plaintiff affirmatively pleads that this suit is governed by the expedited-actions process in Texas Rule of Civil Procedure 169(d).

## III.　　CLAIM FOR RELIEF.

4.　　Plaintiff seeks monetary relief of only $250,000.00 or less, excluding attorney fees, pre-judgment interest, post-judgment interest, statutory or punitive damages and penalties, and as may be awarded by the trier of fact.  Tex. R. Civ. P. 47(c)(1).

## IV.　　THE PARTIES AND SERVICE.

5.　　Plaintiff OSCAR M. GARCIA-RODRIGUEZ, is a resident under the laws of the State of Texas.

6.　　Upon information and belief, Defendant WELLS FARGO BANK, N.A. is a foreign financial institution chartered as a National Banking Association by the Comptroller of Currency, United States of America, and authorized to do business under the laws of the State of Texas, and may be served with process by serving (a) its General Manager at its local branch located at 6110 N Mesa Street, El Paso, TX, or (b) its registered agent for service of process, Corporation Service Company, at 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218, or (c)

at Defendant's main office located at Wells Fargo Bank, N.A., 420 Montgomery St., San

Francisco, CA 94163, or wherever said Defendant may be found.

7.　　　Upon information and belief, Defendant NAVY FEDERAL CREDIT UNION. is

a foreign not-for-profit nonstock credit union engaged in the business of banking in the State of

Texas, and authorized to do business under the laws of the State of Texas, and may be served

with process by serving (a) its General Manager at its local branch located at 6450 N Desert

Blvd, Unit D101, El Paso, TX, or (b) its registered agent for service of process, Corporation

Service Company, at 100 Shockoe Slip FL 2, Richmond, VA 23219-4100, or (c) at Defendant's

main office located at Navy Federal Credit Union, 820 Follin Lane, Vienna, VA 22180-4907, or

wherever said Defendant may be found.

## V.　　　JURISDICTION AND VENUE.

8.　　　This Court has jurisdiction over these claims and controversy because the subject

matter is not within the exclusive original jurisdiction of some other court or administrative

body, and the amount in controversy exceeds the minimum jurisdictional amount.

9.　　　This Court has jurisdiction over the controversy as Defendants do business in El

Paso County, Texas, and the facts and events giving rise to this cause of action took place in El

Paso County, Texas.

10.　　　Venue is proper in this Court pursuant to Tex. Civ. Prac. & Rem. Code Ann. §§

15.002, 15.004, 15.006, and 15.035.

## VI.　　　FACTUAL BACKGROUND.

11.　　　At all times relevant herein, GARCIA maintained a checking account ending

number 0329 with WELLS FARGO through various branches in the State of Texas, and no one

else was authorized on said account.

12.     At all times relevant herein, GARCIA had online banking access for said WELLS FARGO checking account ending number 0329, and no one else (a) was authorized to have online banking access for said WELLS FARGO account, or (b) knew the username and password for said online WELLS FARGO account.

13.     Unknown to GARCIA, and without GARCIA's authorization, WELLS FARGO made three (3) unauthorized fraudulent wire transfers to NFCU in the total amount of **$74,880.00**.

14.     Accordingly, in February of 2022, GARCIA notified WELLS FARGO of the three (3) unauthorized fraudulent wire transfers in the total amount of **$74,880.00**, that were withdrawn from GARCIA's checking account number XXXXXX0329.

15.     The three (3) unauthorized fraudulent wire transfers are as follows:

     a.     02/15/2022 – Wire Transfer to NFCU in the amount of $24,900.00, TRN#220215205991

     b.     02/16/2022 – Wire Transfer to NFCU in the amount of $24,990.00, TRN#220216084038

     c.     02/17/2022 – Wire Transfer to NFCU in the amount of $24,990.00, TRN#220217068633

16.     GARCIA subsequently received a letter from WELLS FARGO dated March 22, 2022, stating that a wire recall was initiated by WELLS FARGO to attempt recovery of the funds from NFCU, and that WELLS FARGO was unsuccessful due to the NFCU not having the funds available for return.  Said letter also stated that WELLS FARGO was unable to reimburse GARCIA the **$74,880** and had closed out GARCIA's Claim #2022021700810. (See Exhibit A attached hereto).

17.     On July 7, 2022, GARCIA sent a Demand Letter to WELLS FARGO and NFCU, demanding payment of the three (3) unauthorized fraudulent wire transfers totaling **$74,880** due

GARCIA, within ten (10) days of WELLS FARGO and NFCU's receipt of the Demand Letter. Said Demand Letter also provided WELLS FARGO and NFCU sixty (60) days from the date of receipt of the Demand Letter to reimburse GARCIA for the damages incurred by GARCIA, and caused by WELLS FARGO and NFCU.  (See Exhibit B attached hereto).

18.     Although the Demand Letters were received by WELLS FARGO and NFCU on July 8th, 9th, and 11th, 2022.  (See Exhibits C and D attached hereto).

19.     However, no response to the Demand Letter was received from WELLS FARGO, while Attorney Elizabeth Philips of the NFCU replied that they were unwilling to pay the **$74,880** due GARCIA, during a telephone discussion with the undersigned counsel on August 18, 2022.

20.     As a result of WELLS FARGO and NFCU's failure and/or refusal to pay to GARCIA the total payment of **$74,880**, GARCIA has suffered the following actual damages and costs:

        a.     Actual damages of **$74,880**; and,

        b.     Attorney's fees and costs to prepare the Demand Letter, and prosecute this cause of action.

21.     Accordingly, GARCIA has suffered a total of **$74,880.00**, not including interest, attorney's fees and costs, or other damages, as a result of WELLS FARGO and NFCU's failure and/or refusal to reimburse GARCIA his outstanding checking account balance of **$74,880.00**.

22.     Furthermore, because WELLS FARGO and NFCU's breached and failed and/or refused to comply with its express and/or implied AGREEMENT and/or CONTRACT, as federally-insured financial institutions, that they would retain, protect, return and reimburse GARCIA the total amount of the funds in GARCIA's checking account, upon request and demand, Defendants thereby engaged in an unconscionable act and/or course of action, through

the use and/or employment of false, misleading, or deceptive acts and/or practices, and misrepresentations, that GARCIA reasonably and justifiably relied upon to his detriment. Therefore, in accordance with the Deceptive Trade Practices–Consumer Protection Act (DTPA), pursuant to Texas Business & Commerce Code Chapter 17, "Deceptive Trade Practices", Defendants are liable for treble damages under the DTPA.

23.     Therefore, GARCIA hereby claims DTPA treble damages in the total amount of **$224,640.00, which is three (3) times the $74,880.00 total due GARCIA**, thereby raising the total amount of the claim herein to **$299,520.00**, not including interest, attorney's fees and costs, or other damages.  (See Exhibit E attached hereto).

24.     The Defendants herein are jointly and severally liable, because at all relevant times herein, each of the Defendants herein operated their businesses unlawfully, and in conspiracy with each other, in order to perpetrate an actual or constructive fraud upon the Plaintiff, for the direct personal benefit of said Defendants.

## VII.     CAUSES OF ACTION.

**A.     Action for Breach of Contract.**

25.     GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Breach of Contract, against WELLS FARGO, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**B.     Action for Monies Due on a Written Debt.**

26.     In the alternative, and in addition to the foregoing cause(s) of action, GARCIA re-

alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Monies Due on a Written Debt, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**C.      Action for Money Had and Received.**

27.      In the alternative, and in addition to the foregoing cause(s) of action, GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Money Had and Received, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**D.      Action for Quantum Meruit.**

28.      In the alternative, and in addition to the foregoing cause(s) of action, GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Quantum Meruit, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**E.**     **Action for Promissory Estoppel As A Claim.**

29.     In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Promissory Estoppel as a Claim, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**F.**     **Action for Conversion.**

30.     In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Conversion, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**G.**     **Action for Appropriation by Theft.**

31.     In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Appropriation by Theft, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**H.      Action for Fraud by Misrepresentation and/or Inducement.**

32.      In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Fraud by Misrepresentation and/or Inducement, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**I.      Action for Fraud by Nondisclosure.**

33.      In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Fraud by Nondisclosure, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**J.      Action for Negligence and/or Gross Negligence.**

34.      In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Negligence and/or Gross Negligence, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by

Defendants.

**K.    Action for Breach of Duty of Good Faith and Fair Dealing.**

35.    In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Breach of Duty of Good Faith and Fair Dealing, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**L.    Action for Unjust Enrichment.**

36.    In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Unjust Enrichment, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**M.    Action For Texas Deceptive Trade Practices.**

37.    In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for violation of the Deceptive Trade Practices–Consumer Protection Act (DTPA), pursuant to Texas Business & Commerce Code Chapter 17, "Deceptive Trade Practices", against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, and hereby

requests relief in an amount to be determined by the trier of fact, as directly and proximately

caused by said Defendants.

## VIII.        CONDITIONS PRECEDENT.

38.     All conditions precedent have been performed or have occurred.

## IX.        NO FEDERAL CLAIMS.

39.     Plaintiff does not assert any claim in this Petition under Federal common law, or

any Federal rule, regulation, or statute, or any other Federal law.

## X.        PRAYER FOR RELIEF.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff OSCAR M. GARCIA-

RODRIGUEZ herein requests and prays that Defendants WELLS FARGO BANK, N.A. and

NAVY FEDERAL CREDIT UNION be cited to appear and answer herein, and that after final

trial on this matter, GARCIA be awarded the following upon entry of Judgment against

Defendants WELLS FARGO BANK, N.A. and NAVY FEDERAL CREDIT UNION, with said

Defendants held jointly and severally liable for the following:

    a.    Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as actual and/or compensatory damages for the actual economic or pecuniary loss, pursuant to Chapter 41 of the Texas Civil Practice & Remedies Code, "Damages";

    b.    Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as Exemplary Damages, in accordance with (i) the Texas Civil Practice and Remedies Code Chapter 41, "Damages", and (ii) the Texas Business & Commerce Code Chapter 27, "Fraud";

    c.    Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as Damages, in accordance with Chapter 134 of the Texas Civil Practice & Remedies Code, "Texas Theft Liability Act";

d.      Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as Treble Damages, in accordance with the Texas Deceptive Trade Practices ("DTPA"), and the common law of the State of Texas;

e.      Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as noneconomic Punitive Damages, pursuant to the common law of the State of Texas;

f.      Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as Special Damages, under the common law of the State of Texas;

g.      Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as Unliquidated Damages, under the common law of the State of Texas;

h.      Payment, by Defendants to GARCIA, of all reasonable and necessary attorney's fees incurred to date, as well as all costs incurred to date, in accordance with (i) the Texas Civil Practice & Remedies Code Chapter 38, "Attorney's Fees", (ii) the Texas Civil Practice and Remedies Code Chapter 134, "Texas Theft Liability Damages", (iii) the Texas Business & Commerce Code Chapter 27, "Fraud", (iv) the Texas Deceptive Trade Practices ("DTPA"), and (v) the Texas Civil Practice & Remedies Code Chapter 37, "Declaratory Judgments";

i.      Payment, by Defendants to GARCIA, of pre-judgment interest, calculated on an annual basis on the total judgment herein, from the date of judgment herein until fully paid, at the highest legal or contractual rate allowed by law;

j.      Payment, by Defendants to GARCIA, of post-judgment interest, calculated on an annual basis on the total judgment herein, from the date of judgment until fully paid, at the highest legal or contractual rate allowed by law;

k.      Payment, by Defendants to GARCIA, of **$12,500** for the time (approximately 50 hours) that would be incurred in making or responding to an appeal, or an application for writ of error to the court of appeals, and arguing such an appeal, provided that if Defendants do not appeal this judgment to the court of appeals, and time for appeal to that court has expired, Defendants shall be entitled to a remittitur of **$12,500** against this judgment for said attorney's fees;

l.      Payment, by Defendants to GARCIA, of **$12,500** for the time (approximately 50 hours) that would be incurred in making or responding to an appeal or an application for writ of error to the Supreme Court of the

State of Texas, provided that if Defendants do not appeal from the court of appeals to the Supreme Court of the State of Texas, and time for that appeal has expired, Defendants shall be entitled to a remittitur of **$12,500** against this judgment for said attorney's fees;

m.    Payment, by Defendants to GARCIA, of **$12,500** for the time (approximately 50 hours) that would be incurred if any such application for writ of error were granted, and oral argument had to be made before the Supreme Court of the State of Texas, provided that if Defendants do not appeal from the court of appeals to the Supreme Court of the State of Texas, and time for that appeal has expired, Defendants shall be entitled to a remittitur of **$12,500** against this judgment for said attorney's fees;

n.    Payment, by Defendants to GARCIA, of **$12,500** for the time (approximately 50 hours) that necessarily would be incurred in post-judgment collection;

o.    Issuance of all writs of execution and other process necessary to enforce this judgment, including but not limited to attachment, sequestration, garnishment, liens, receivership, and/or injunction;

p.    Issuance of a permanent mandatory injunction forever compelling Defendants, as well as its officers, agents, servants, employees, attorneys, representatives, and subsidiaries, to deliver, to GARCIA, title to real property lots equal in value to the Total Amount Due, and awarding all other relief to which GARCIA is entitled, whether pled or unpled; and,

q.    Any and all other further relief, both at law and in equity, the Court deems appropriate, whether pled or unpled.

November 3, 2022                                Respectfully submitted,


                                                **THE NEVAREZ LAW FIRM, PC**
                                                Attorneys And Counselors At Law
                                                7362 Remcon Circle
                                                El Paso, Texas 79912
                                                Telephone: (915) 225-2255
                                                Facsimiles: (915) 845-3405
                                                Email: MNevarez@LawOfficesMRN.com
                                                /s/  Michael R. Nevarez
                                                By: **MICHAEL R. NEVAREZ**
                                                State of Texas Bar No. 14933400

                                                Attorney for Plaintiff
                                                    Oscar M. Garcia-Rodriguez

**STATE OF TEXAS** )

**COUNTY OF EL PASO** )

)

## AFFIDAVIT OF VERIFICATION

Before me, the undersigned authority, personally appeared Oscar M. Garcia-Rodriguez,

who swore on oath that the following facts are true and correct:

"My name is, and I am the Plaintiff in the foregoing cause of action. I am over the age of

18 and currently dwelling in the State of Texas. I am of sound mind and capable of

understanding and making this affidavit. I have read the foregoing Plaintiffs' Original Petition,

and have personal knowledge of all of the facts and contentions stated therein, and do hereby

verify that all of the facts and contentions stated therein are true and correct, and, if called as a

witness, could appear and testify competently thereto."

Oscar M. Garcia-Rodriguez, Affiant

SIGNED under oath before me, an officer authorized to administer oaths, on this the __3RD__ of
__November__ , 20__22__.

DENISE D. MACIAS
Notary Public, State of Texas
Comm. Expires 02-03-2025
Notary ID 130986833

(SEAL)

Notary Public, State of Texas
Name: __Denise D Macias__

My Commission Expires:
__02 | 03 | 2025__

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Nevarez
Bar No. 14933400
MRN@MRN4Law.com
Envelope ID: 69860952
Status as of 11/8/2022 8:26 AM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael Nevarez | 14933400 | mrn@mrn4law.com | 11/3/2022 2:48:50 PM | SENT |
| Denise Macias | | paralegal-2@lawofficesmrn.com | 11/3/2022 2:48:50 PM | SENT |
| Denise Macias | | paralegal-2@lawofficesmrn.com | 11/3/2022 2:48:50 PM | SENT |



ACH/Check Fraud
MAC D1118-02F
12301 Vance Davis Dr. Floor 02
Charlotte, NC 28269-7699

wellsfargo.com

March 22, 2022

OSCAR M GARCIA-RODRIGUEZ
11121 PINK CORAL DR
EL PASO TX 79936-3005

Subject: Resolution of online wire inquiry for Checking account ending 0329
Claim #: 2022021700810

Dear OSCAR M GARCIA-RODRIGUEZ:

We've completed our research of your inquiry about (3) three disputed wire transfer requests
initiated through online banking totaling $ $74,880.00 sent between 02/15/2022 and 02/17/2022.
We found the wire transfers were requested through an online banking session using your
username and password. After reviewing all the information available to us regarding the disputed
transaction, we've determined that you or someone who had your authorization performed the
transaction.

As a courtesy, we initiated a wire recall on your behalf to attempt recovery of the funds.
Unfortunately, the beneficiary bank responded that there were no funds available to return. As a
result, we are unable to reimburse you and have closed your claim.

For more information to help protect against fraud, please visit:
https://www.wellsfargo.com/privacy-security/fraud

If you have questions, please call us at 1-877-548-9230, Monday through Friday, 7:00 a.m. to
midnight, or Saturday, 8:00 a.m. to 8:00 p.m. Eastern Time. For customers with hearing or speech
disabilities, we accept telecommunications relay service calls.

Thank you. We appreciate your business.

Sincerely,

Claims Assistance Center/Check Fraud Claims



**THE NEVAREZ LAW FIRM, PC**
ATTORNEYS AND COUNSELORS AT LAW
7362 REMCON CIRCLE, EL PASO, TEXAS 79912
TELEPHONE: (915) 225-2255
FACSIMILES: (915) 845-3405
WEBSITE: NEVAREZLAWFIRM.COM

---

July 7, 2022

*Via USPS Priority Mail:*                                    *Via USPS Priority Mail:*

Wells Fargo Bank                                             Navy Federal Credit Union
Claims Assistance Center                                     820 Follin Lane SE
1530 N. Lee Trevino Dr.                                      Vienna, VA 22180-4907
El Paso, TX 79936

Wells Fargo Bank, N.A.                                       Navy Federal Credit Union
c/o Corporation Service Company                              c/o Corporation Service Company
211 E. 7th Street, Suite 620                                 100 Shockoe Slip Fl 2
Austin, TX 78701-3218                                        Richmond, VA 23219-4100

Wells Fargo Bank
Claims Assistance Center
ACH/Check Fraud – MAC D1118-02F
12301 Vance Davis Dr. Floor 02
Charlotte, NC 28269-7699

   Re: Demand Letter to Wells Fargo and Navy Federal Credit Union
      Fraudulent Wire Transfers; Claim # 2022021700810

To Whom It May Concern:

  I represent Mr. Oscar M. Garcia - Rodriguez (hereinafter referred to as "Client").  In February 2022, my Client notified Wells Fargo Bank of (3) three fraudulent wire transfers in the total amount of **$74,880.00**, that were withdrawn from my Client's checking account number XXXXXX0329. The (3) three fraudulent wire transfers are as follows:

  1. 02/15/2022  Wire Transfer to Navy Federal Credit Union  $24,900.00
          TRN#220215205991

  2. 02/16/2022  Wire Transfer to Navy Federal Credit Union  $24,990.00
          TRN#220216084038

3.  02/17/2022      Wire Transfer to Navy Federal Credit Union      <u>$24,990.00</u>
                    TRN#220217068633

**TOTAL**                                             **$74,880.00**

My Client subsequently received a letter from Wells Fargo Bank dated March 22, 2022, stating that a wire recall was initiated by Wells Fargo Bank to attempt recovery of the funds, and that Wells Fargo Bank was unsuccessful due to the Navy Federal Credit Union not having the funds available for return.  Said letter then stated that Wells Fargo was unable to reimburse my Client the **$74,880** and had closed out my Client's Claim.

The foregoing three (3) wire transfers constitutes ACH fraud that would have been avoided had Wells Fargo Bank and the Navy Federal Credit Union exercised ordinary care.  As such, Wells Fargo Bank and the Navy Federal Credit Union were in the best position to prevent the fraud, and therefore my Client's losses attributable to said fraud should be borne by Wells Fargo Bank and the Navy Federal Credit Union.

As a result of the three (3) fraudulent wire transfers, my Client has been financially and economically damaged in the amount of **$74,880**.  In addition, my Client had to incur the additional cost of Five Hundred Dollars (**$500.00**), as attorney's fees and costs necessary to prepare this Demand Letter.  My Client's damages thus far are in the amount of approximately **$75,380.00.**

Therefore, on behalf of my Client, I hereby demand that, within ten (10) days of your receipt of this Demand Letter, you make payment to my Client, in the amount of **$75,380.00**. Please contact me as soon as possible so that I can provide you with the necessary paperwork, and arrange for immediate payment of the **$75,380.00** to my Client.  You may also contact me to propose an alternate schedule to deliver the payment, within ten (10) days of your receipt of this Demand Letter.

Your failure to comply with the foregoing demands, within ten (10) days of your receipt of this Demand Letter, will result in the filing of a lawsuit, against you, seeking payment for the above-described amount owed to my Client.  Under Texas law, in the event I am forced to file a lawsuit to recover my Client's damages, my Client would be entitled to recover his damages, plus interest and attorney's fees and costs, in addition to the exemplary damages resulting from your actions.

Additionally, if you do not pay the above-described amount to my Client, within sixty (60) days from the date of your receipt of this Demand Letter, the lawsuit filed against you will be amended to include an additional count for your violation of the Deceptive Trade Practices-Consumer Protection Act (DTPA), under Texas Business & Commerce Code Section 17.41 *et. seq.*  Under the DTPA, my Client would be entitled to treble damages, thus increasing the amount owed by **$226,140.00**, for a new total of **$301,520.00**, not including interest, or attorney's fees and costs.

You should understand that I will make every effort to recover my Client's damages, so you must deal with this situation now.  You should also understand that, under Texas law,

interest, attorney's fees and costs will accrue through litigation, and until final payment of all damages.  Therefore, please contact me immediately on receipt of this Demand Letter to achieve an amicable and expeditious resolution of this matter, and thereby minimize the attorney's fees and costs.

If you have any questions or comments, please do not hesitate to contact me immediately.

Sincerely,

*Michael R. Nevarez*

Michael R. Nevarez, Esq.

# USPS Tracking

**FAQs** >

## Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9405511108033883117493

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:54 am on July 8, 2022 in EL PASO, TX 79936.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Front Desk/Reception/Mail Room

July 8, 2022 at 11:54 am
EL PASO, TX 79936

**Get Updates** ⌄

Feedback

**Text & Email Updates**                                              ⌄

**Tracking History**                                                 ⌃

**July 8, 2022, 11:54 am**
Delivered, Front Desk/Reception/Mail Room
EL PASO, TX 79936
Your item was delivered to the front desk, reception area, or mail room at 11:54 am on July 8, 2022 in EL PASO, TX 79936.

**July 8, 2022, 6:10 am**
Out for Delivery
EL PASO, TX 79936

July 8, 2022, 3:57 am
Arrived at Post Office
EL PASO, TX 79925

July 8, 2022, 2:06 am
Arrived at USPS Facility
EL PASO, TX 79925

July 8, 2022, 1:21 am
In Transit to Next Facility

July 8, 2022, 1:01 am
Departed USPS Regional Facility
EL PASO TX DISTRIBUTION CENTER

July 7, 2022, 8:27 pm
Arrived at USPS Regional Facility
EL PASO TX DISTRIBUTION CENTER

July 7, 2022, 7:12 pm
Accepted at USPS Origin Facility
EL PASO, TX 79912

July 7, 2022, 4:25 pm
Shipping Label Created, USPS Awaiting Item
EL PASO, TX 79912

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Feedback

**FAQs**

Feedback

# USPS Tracking

FAQs

## Track Another Package  +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

---

**Tracking Number:** 9405511108033883147223

Remove ✕

Your item was delivered in or at the mailbox at 10:20 am on July 9, 2022 in AUSTIN, TX 78701.

**USPS Tracking Plus® Available** ⌄

Feedback

## ⊘ Delivered, In/At Mailbox

July 9, 2022 at 10:20 am
AUSTIN, TX 78701

**Get Updates** ⌄

---

**Text & Email Updates**                                                                          ⌄

---

**Tracking History**                                                                                      ⌃

**July 9, 2022, 10:20 am**
Delivered, In/At Mailbox
AUSTIN, TX 78701
Your item was delivered in or at the mailbox at 10:20 am on July 9, 2022 in AUSTIN, TX 78701.

---

**July 9, 2022, 7:35 am**
Out for Delivery
AUSTIN, TX 78701

---

**July 9, 2022, 7:24 am**

Arrived at Post Office
AUSTIN, TX 78744

**July 8, 2022, 11:09 pm**
Arrived at USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

**July 8, 2022, 9:14 pm**
Departed USPS Regional Facility
AUSTIN TX PACKAGE SORTING CENTER

**July 8, 2022, 8:30 pm**
Arrived at USPS Regional Facility
AUSTIN TX PACKAGE SORTING CENTER

**July 8, 2022, 7:08 pm**
Arrived at USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

**July 8, 2022, 5:57 pm**
In Transit to Next Facility

**July 8, 2022, 5:22 pm**
Departed USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER

**July 8, 2022, 4:09 pm**
Arrived at USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER

**July 8, 2022, 12:07 pm**
In Transit to Next Facility

**July 8, 2022, 8:37 am**
In Transit to Next Facility

**July 8, 2022, 4:36 am**
Departed USPS Regional Facility
EL PASO TX DISTRIBUTION CENTER

**July 7, 2022, 8:27 pm**

Feedback

Arrived at USPS Regional Facility
EL PASO TX DISTRIBUTION CENTER

**July 7, 2022, 7:12 pm**
Accepted at USPS Origin Facility
EL PASO, TX 79912

**July 7, 2022, 4:27 pm**
Shipping Label Created, USPS Awaiting Item
EL PASO, TX 79912

---

**USPS Tracking Plus®**   ⌄

---

**Product Information**   ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking

FAQs

## Track Another Package  ✚

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9405511108033883176537

Remove ✕

Your item was delivered to an individual at the address at 2:45 pm on July 11, 2022 in CHARLOTTE, NC 28269.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Left with Individual

July 11, 2022 at 2:45 pm
CHARLOTTE, NC 28269

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**July 11, 2022, 2:45 pm**
Delivered, Left with Individual
CHARLOTTE, NC 28269
Your item was delivered to an individual at the address at 2:45 pm on July 11, 2022 in
CHARLOTTE, NC 28269.

---

**July 9, 2022, 2:46 pm**
Redelivery Scheduled for Next Business Day
CHARLOTTE, NC 28269

July 9, 2022, 10:08 am
No Access to Delivery Location
CHARLOTTE, NC 28269

July 9, 2022, 7:32 am
Out for Delivery
CHARLOTTE, NC 28269

July 9, 2022, 7:21 am
Arrived at Post Office
CHARLOTTE, NC 28269

July 9, 2022, 12:05 am
Arrived at USPS Regional Destination Facility
MID CAROLINA NC PACKAGE SORTING CENTER

July 8, 2022
In Transit to Next Facility

July 7, 2022, 8:27 pm
Arrived at USPS Regional Origin Facility
EL PASO TX DISTRIBUTION CENTER

July 7, 2022, 7:12 pm
Accepted at USPS Origin Facility
EL PASO, TX 79912

July 7, 2022, 4:30 pm
Shipping Label Created, USPS Awaiting Item
EL PASO, TX 79912

Feedback

## USPS Tracking Plus®                              ⌄

## Product Information                               ⌄

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking

FAQs

## Track Another Package  **+**

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho mepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9405511108033883197006

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:30 pm on July 9, 2022 in VIENNA, VA 22180.

**USPS Tracking Plus® Available** ⌄

Feedback

## ⊘ **Delivered, Front Desk/Reception/Mail Room**

July 9, 2022 at 1:30 pm
VIENNA, VA 22180

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**July 9, 2022, 1:30 pm**
Delivered, Front Desk/Reception/Mail Room
VIENNA, VA 22180
Your item was delivered to the front desk, reception area, or mail room at 1:30 pm on July 9, 2022 in VIENNA, VA 22180.

---

**July 9, 2022, 12:58 pm**
Arrived at Post Office
VIENNA, VA 22180

---

**July 9, 2022, 8:02 am**
Out for Delivery
VIENNA, VA 22180

**July 9, 2022, 6:37 am**
Departed USPS Regional Destination Facility
MERRIFIELD VA DISTRIBUTION CENTER

**July 9, 2022, 6:04 am**
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

**July 9, 2022, 5:27 am**
Departed USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**July 9, 2022, 4:12 am**
Arrived at USPS Regional Destination Facility
DULLES VA DISTRIBUTION CENTER

**July 8, 2022**
In Transit to Next Facility

**July 7, 2022, 11:15 pm**
Departed USPS Regional Facility
EL PASO TX DISTRIBUTION CENTER

**July 7, 2022, 8:27 pm**
Arrived at USPS Regional Origin Facility
EL PASO TX DISTRIBUTION CENTER

**July 7, 2022, 7:12 pm**
Accepted at USPS Origin Facility
EL PASO, TX 79912

**July 7, 2022, 4:32 pm**
Shipping Label Created, USPS Awaiting Item
EL PASO, TX 79912

Feedback

**Product Information**                                                    ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking

## Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9405511108033883126822

Remove ✕

Your item was delivered in or at the mailbox at 2:24 pm on July 11, 2022 in RICHMOND, VA 23219.

**USPS Tracking Plus® Available** ⌄

Feedback

## ⊘ Delivered, In/At Mailbox

July 11, 2022 at 2:24 pm
RICHMOND, VA 23219

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**July 11, 2022, 2:24 pm**
Delivered, In/At Mailbox
RICHMOND, VA 23219
Your item was delivered in or at the mailbox at 2:24 pm on July 11, 2022 in RICHMOND, VA 23219.

---

**July 9, 2022, 11:01 am**
No Access to Delivery Location
RICHMOND, VA 23219

**July 9, 2022, 8:23 am**
Out for Delivery
RICHMOND, VA 23219

**July 9, 2022, 8:12 am**
Arrived at Post Office
RICHMOND, VA 23232

**July 9, 2022, 8:04 am**
Arrived at USPS Facility
RICHMOND, VA 23232

**July 9, 2022, 7:13 am**
Departed USPS Regional Facility
RICHMOND VA DISTRIBUTION CENTER

**July 9, 2022, 4:46 am**
Arrived at USPS Regional Destination Facility
RICHMOND VA DISTRIBUTION CENTER

**July 8, 2022**
In Transit to Next Facility

**July 7, 2022, 8:27 pm**
Arrived at USPS Regional Origin Facility
EL PASO TX DISTRIBUTION CENTER

**July 7, 2022, 7:12 pm**
Accepted at USPS Origin Facility
EL PASO, TX 79912

**July 7, 2022, 4:34 pm**
Shipping Label Created, USPS Awaiting Item
EL PASO, TX 79912

Feedback

**USPS Tracking Plus®**                                                                                  ⌄

**Product Information**                                                                                  ⌄

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

```
                        74,880
                            3 ×
--------------------------------
                       224,640 =

                        74,880 +
--------------------------------
                       299,520 =
```

Date: 10/5/2022
Time: 3:24:04 PM

www.moffsoft.com

# EXHIBIT 3



**The Nevarez Law Firm, PC**
**Attorneys And Counselors At Law**
**7362 Remcon Circle**
**El Paso, Texas 79912**
**Telephone: (915) 225-2255**
**Facsimiles: (915) 845-3405**

November 8, 2022

Norma Favela Barceleau
El Paso District Clerk
500 E. San Antonio, Suite 103
El Paso, Texas 79901

      Re:    Request for Issuance of Citation
             *Oscar M. Garcia-Rodriguez v. Wells Fargo Bank, N.A., et al.*
             County Court At Law No. 6, El Paso County, Case No. 2022DCV3338

Norma Favela Barceleau:

      This letter is to request the issuance of citation for "Plaintiff's Original Petition" filed November 3, 2022, in the case of *Oscar M. Garcia-Rodriguez v. Wells Fargo Bank N.A., et al.,* Case No. 2022DCV3338.

      Citation should be issued to the following defendants:

1.    Wells Fargo Bank, N.A.
      c/o General Manager
      6110 N Mesa Street
      El Paso, TX 79912

2.    Wells Fargo Bank, N.A.
      c/o Corporation Service Company, Registered Agent
      211 E. 7th Street, Suite 620
      Austin, TX 78701-3218

3.    Wells Fargo Bank, N.A.
      420 Montgomery St.
      San Francisco, CA 94163

4.    Navy Federal Credit Union
      c/o General Manager
      6450 N Desert Blvd., Unit D101
      El Paso, TX 79912

5.      Navy Federal Credit Union
        c/o Corporation Service Company, Registered Agent
        100 Shockoe Slip FL 2
        Richmond, VA 23219-4100

6.      Navy Federal Credit Union
        820 Follin Lane
        Vienna, VA 22180-4907

Please provide Citations via email at paralegal-2@lawofficesmrn.com.  Payment for the issuance of citation, at Eight Dollars ($8) per each defendant, for six (6) defendants, for a total of Forty-eight Dollars ($48) has been paid.

Feel free to let me know if you have any questions or comments.

Sincerely,

Michael R. Nevarez, Esq.

---

November 8, 2022, Letter to El Paso District Clerk Re: Request for Issuance of Citation
*Oscar M. Garcia-Rodriguez v. Wells Fargo Bank N.A., et al.*
County Court At Law No. 6, El Paso County, Case No. 2022DCV3338                    Page 2 of 2

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Nevarez
Bar No. 14933400
MRN@MRN4Law.com
Envelope ID: 69983055
Status as of 11/10/2022 9:38 AM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael Nevarez | 14933400 | mrn@mrn4law.com | 11/8/2022 12:39:51 PM | SENT |
| Denise Macias | | paralegal-2@lawofficesmrn.com | 11/8/2022 12:39:51 PM | SENT |

# EXHIBIT 4

Filed on November 10, 2022
4:25 PM
Norma Favela Barceleau
District Clerk
El Paso County, Texas
Aguirre, Clarisa

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **WELLS FARGO BANK, N.A.,** who may be served with process by serving its General Manger at **6110 N. MESA STREET, EL PASO, TX 79912** or wherever he/she may be found.

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 6,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 3rd day of November, 2022, by Attorney at Law, MICHAEL R. NEVAREZ, 7362 REMCON CIR, EL PASO, TX  79912 in this case numbered **2022DCV3338** on the docket of said court, and styled:

**OSCAR GARCIA-RODRIGUEZ**
**VS**
**WELLS FARGO BANK, N.A., AND NAVY FERDERAL CREDIT UNION**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 10th day of November, 2022.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901



Attest:   NORMA FAVELA BARCELEAU   District Clerk
El Paso County, Texas

By _____, Deputy
Clarisa Aguirre

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the

date of delivery endorsed thereon and with a copy of the petition attached thereto."

**RETURN**

Came on hand on _____ day of _____, 20____, at _____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|----|----|------|------|------|------|
| | MONTH | DAY | YEAR | Hour | Min. | ____.M. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy _____ $ _____   _____ Sheriff

_____   _____ County, Texas

Total _____ $ _____   by _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____, on the _____ day of _____ 20_____, at _____o'clock ____m. this copy of this instrument.

_____, Sheriff/Agent

_____County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.**

**(SEAL)**

_____

**NOTARY PUBLIC, STATE OF TEXAS**

# EXHIBIT 5

Filed on  November 10, 2022
4:19 PM
Norma Favela Barceleau
District Clerk
El Paso County, Texas

Aguirre, Clarisa

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **NAVY FEDERAL CREDIT UNION,** who may be served with process by serving its General Manager, at **6450 N. DESERT BLVD., UNIT D101, EL PASO, TX  79912** or wherever he/she may be found.

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 6,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 3rd day of November, 2022, by Attorney at Law, MICHAEL R. NEVAREZ, 7362 REMCON CIR, EL PASO, TX  79912 in this case numbered **2022DCV3338** on the docket of said court, and styled:

**OSCAR GARCIA-RODRIGUEZ**
**VS**
**WELLS FARGO BANK, N.A., AND NAVY FERDERAL CREDIT UNION**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 10th day of November, 2022.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901



Attest:   __NORMA FAVELA BARCELEAU__   District Clerk
El Paso County, Texas

By _____, Deputy
Clarisa Aguirre

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

**RETURN**

Came on hand on _____ day of _____, 20____, at _____ o'clock ___M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|------|------|------|------|------|------|
| | MONTH | DAY | YEAR | Hour | Min. | ___.M. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

     FEES—SERVING ____ copy _____ $ _____   _____ Sheriff

                   _____   _____ County, Texas

     Total _____ $ _____   by _____, Deputy

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _____, on the _____ day of _____

20_____, at _____o'clock ___m. this copy of this instrument.

                                 _____, Sheriff/Agent

                                  _____County, Texas

                              By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20_____.**

       **(SEAL)**

                           _____

                           **NOTARY PUBLIC, STATE OF TEXAS**

# EXHIBIT 6

# THE STATE OF TEXAS

Filed on November 10, 2022
4:20 PM
Norma Favela Barceleau
District Clerk
El Paso County, Texas

Aguirre, Clarisa

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **NAVY FEDERAL CREDIT UNION,** who may be served with process by serving its registered agent, **CORPORATION SERVICE COMPANY at 100 SHOCKOE SLIP FL2, RICHMOND, VA  23219-4100** or wherever he/she may be found.

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 6,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 3rd day of November, 2022, by Attorney at Law, MICHAEL R. NEVAREZ, 7362 REMCON CIR, EL PASO, TX  79912 in this case numbered **2022DCV3338** on the docket of said court, and styled:

**OSCAR GARCIA-RODRIGUEZ**
VS
**WELLS FARGO BANK, N.A., AND NAVY FERDERAL CREDIT UNION**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 10th day of November, 2022.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901



Attest:   NORMA FAVELA BARCELEAU   District Clerk
El Paso County, Texas

By _____, Deputy
Clarisa Aguirre

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

**RETURN**

Came on hand on _____ day of _____, 20____, at _____ o'clock ___M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|------|------|------|------|------|------|
| | MONTH | DAY | YEAR | Hour | Min. | ___.M. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

      FEES—SERVING ____ copy _____ $ _____   _____ Sheriff

                        _____   _____ County, Texas

      Total _____ $ _____   by _____, Deputy

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _____, on the _____ day of _____ 20_____, at _____o'clock ___m. this copy of this instrument.

                               _____, Sheriff/Agent

                               _____County, Texas

                           By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.**

      **(SEAL)**

                        _____

                        **NOTARY PUBLIC, STATE OF TEXAS**

# EXHIBIT 7

Filed on  November 10, 2022
4:20 PM
Norma Favela Barceleau
District Clerk
El Paso County, Texas

Aguirre, Clarisa

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:    **NAVY FEDERAL CREDIT UNION,** who may be served with process at **820 FOLLIN LANE, VIENNA, VA  22180-4907** or wherever he/she may be found.

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 6,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 3rd day of November, 2022, by Attorney at Law, MICHAEL R. NEVAREZ, 7362 REMCON CIR, EL PASO, TX  79912 in this case numbered **2022DCV3338** on the docket of said court, and styled:

**OSCAR GARCIA-RODRIGUEZ**
**VS**
**WELLS FARGO BANK, N.A., AND NAVY FERDERAL CREDIT UNION**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 10th day of November, 2022.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901



Attest:    NORMA FAVELA BARCELEAU    District Clerk
El Paso County, Texas

By _____, Deputy
Clarisa Aguirre

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

**RETURN**

Came on hand on _____ day of _____, 20____, at _____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|---|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | Hour | Min. | ____.M. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ـــــ copy ـــــ $ _____   _____ Sheriff

_____   _____ County, Texas

Total _____ $ _____   by _____, Deputy

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _____, on the _____ day of _____

20_____, at _____o'clock ____m. this copy of this instrument.

_____, Sheriff/Agent

_____County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20_____.**

**(SEAL)**

_____

**NOTARY PUBLIC, STATE OF TEXAS**

# EXHIBIT 8

Filed on November 10, 2022
4:25 PM
Norma Favela Barceleau
District Clerk
El Paso County, Texas
Aguirre, Clarisa

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **WELLS FARGO BANK, N.A.,** who may be served with process by serving its Registered Agent, **CORPORATION SERVICE COMPANY at 211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701-3218** or wherever he/she may be found.

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 6,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 3rd day of November, 2022, by Attorney at Law, MICHAEL R. NEVAREZ, 7362 REMCON CIR, EL PASO, TX 79912 in this case numbered **2022DCV3338** on the docket of said court, and styled:

**OSCAR GARCIA-RODRIGUEZ**
**VS**
**WELLS FARGO BANK, N.A., AND NAVY FERDERAL CREDIT UNION**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 10th day of November, 2022.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901



Attest:   NORMA FAVELA BARCELEAU   District Clerk
El Paso County, Texas

By _____, Deputy
Clarisa Aguirre

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the

date of delivery endorsed thereon and with a copy of the petition attached thereto."

**RETURN**

Came on hand on _____ day of _____, 20_____, at _____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance |
| | MONTH | DAY | YEAR | Hour | Min. | ____.M. | From Court House |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING _____ copy _____ $ _____  _____ Sheriff

_____      _____ County, Texas

Total _____ $ _____   by _____, Deputy

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _____, on the _____ day of _____

20_____, at _____o'clock ____m. this copy of this instrument.

_____, Sheriff/Agent

_____County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20_____.**

**(SEAL)**

_____

**NOTARY PUBLIC, STATE OF TEXAS**

# EXHIBIT 9

# THE STATE OF TEXAS

Filed on November 10, 2022
4:25 PM
Norma Favela Barceleau
District Clerk
El Paso County, Texas

Aguirre, Clarisa

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **WELLS FARGO BANK, N.A.,** who may be served with process at **420 MONTGOMERY ST., SAN FRANCISCO, CA 94163** or wherever he/she may be found.

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 6,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 3rd day of November, 2022, by Attorney at Law, MICHAEL R. NEVAREZ, 7362 REMCON CIR, EL PASO, TX  79912 in this case numbered **2022DCV3338** on the docket of said court, and styled:

**OSCAR GARCIA-RODRIGUEZ**
**VS**
**WELLS FARGO BANK, N.A., AND NAVY FERDERAL CREDIT UNION**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 10th day of November, 2022.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901



Attest:   NORMA FAVELA BARCELEAU   District Clerk
El Paso County, Texas

By _____, Deputy
Clarisa Aguirre

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the

date of delivery endorsed thereon and with a copy of the petition attached thereto."

**RETURN**

Came on hand on _____ day of _____, 20____, at _____ o'clock ___M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|------|------|------|------|------|------|
| | MONTH | DAY | YEAR | Hour | Min. | ___.M. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING ____ copy _____ $ _____   _____ Sheriff

_____   _____ County, Texas

Total _____ $ _____   by _____, Deputy

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _____, on the _____ day of _____ 20_____, at _____o'clock ___m. this copy of this instrument.

_____, Sheriff/Agent

_____County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20_____.**

**(SEAL)**

_____

**NOTARY PUBLIC, STATE OF TEXAS**

# EXHIBIT 10



**null / ALL**
**Transmittal Number: 25967902**
**Date Processed: 11/30/2022**

# Notice of Service of Process

| | |
|---|---|
| Primary Contact: | WF West - WF Bank<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | Wells Fargo Bank, N.A.<br>Entity ID Number  2787565 |
| **Entity Served:** | Wells Fargo Bank, N.A. |
| **Title of Action:** | Oscar M. Garcia-Rodriguez vs. Wells Fargo Bank, N.A. |
| **Matter Name/ID:** | Oscar M. Garcia-Rodriguez vs. Wells Fargo Bank, N.A. (13258065) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | El Paso County Court at Law, TX |
| **Case/Reference No:** | 2022DCV3338 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 11/23/2022 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | WFB NA |
| **How Served:** | Client Direct |
| Sender Information: | The Nevarez Law Firm, PC<br>915-225-2255 |
| **Client Requested Information:** | Matter Management User Groups: [LITIGATION Hach, Rathminee (Core Team)]<br>Routing Rules (CSC): R1623<br>Classification: Standard |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**WELLS FARGO CLIENT DIRECT – SAN ANTONIO, TX**
**WELLS FARGO BANK**
**4101 WISEMAN BLVD BLDG 108**
**SAN ANTONIO, TX 78251-4200**
**MAC: T7408-013**

**BATCH COVER SHEET**

**For use only when overnighting multiple services**

DATE SERVED:   11-23-2022

TO:   Service of Process / Corporation Service Company

OVERNIGHT:   Corporation Service Company
Attn: SOP / Wells Fargo
1201 Hays Street
Tallahassee, FL 32301-2699
800-927-9801

FROM:   ___ Jerry Arispe
___ Fernando Escobedo
_X__ JoAnn Esquivel
___ Maria Minor

SENDER PHONE NO.:   _____210-624-0146_____

STATE SERVED:   Per document

COMMENTS/NOTES:   *CA – 6*

Please read this section: The date on this cover sheet is the date that the Wells Fargo EIS Customer Support team received this service. CSC has a mandatory date served field and this date will be entered as we may not have the actual date served.

If a Wells Fargo enterprise mailroom receives an envelope that does not include a team members name, mac code, or the team has been displaced, the mail is sent to the EIS Customer Support team to open the envelope, review the document and route. When the mail is received at the many locations, the date received may or may not be added.  The SOP team requested that all legal mail from the EIS Customer Support team be sent to CSC to upload to CSC Navigator/Matter Management and route.

This facsimile contains information which (a) may be LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) is intended only for the use of the Addressee(s).  If you are not the Addressee, or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying or distributing this facsimile is prohibited.  If you have received this facsimile in error, please email us so we may provide you with a mailing address to send the document back to us.

#16879018-v3                              02/25/22

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:   **WELLS FARGO BANK, N.A.,** who may be served with process at **420 MONTGOMERY ST., SAN FRANCISCO, CA 94163** or wherever he/she may be found.

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **County Court at Law Number 6,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on this the 3rd day of November, 2022, by Attorney at Law, MICHAEL R. NEVAREZ, 7362 REMCON CIR, EL PASO, TX  79912 in this case numbered **2022DCV3338** on the docket of said court, and styled:

**OSCAR GARCIA-RODRIGUEZ**
**VS**
**WELLS FARGO BANK, N.A., AND NAVY FERDERAL CREDIT UNION**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 10th day of November, 2022.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901



Attest:   NORMA FAVELA BARCELEAU    District Clerk
El Paso County, Texas

By _____ , Deputy
Clarisa Aguirre

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

# RETURN

Came on hand on _____ day of _____, 20____, at _____ o'clock ___M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|------|------|------|------|------|------|------|---|
| | MONTH | DAY | YEAR | Hour | Min. | .M. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING _____ copy _____ $ _____   _____ Sheriff

_____   _____ County, Texas

Total _____ $ _____   by _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____, on the _____ day of _____

20_____, at _____o'clock ___m. this copy of this instrument.

_____, Sheriff/Agent

_____County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.**

**(SEAL)**

_____

**NOTARY PUBLIC, STATE OF TEXAS**

Filed 11/3/2022 2:48 PM
Norma Favela Barceleau
District Clerk
El Paso County
2022DCV3338

OSCAR M. GARCIA-RODRIGUEZ,        §
                                  §
        Plaintiff,                §
                                  §
v.                                §    CASE NUMBER: _____
                                  §
WELLS FARGO BANK, N.A. and        §
NAVY FERDERAL CREDIT UNION,       §
                                  §
        Defendants.               §

## PLAINTIFF'S ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

      **COMES NOW** OSCAR M. GARCIA-RODRIGUEZ ("Plaintiff" and/or "GARCIA"), by and through the undersigned counsel, and hereby files this "Plaintiff's Original Petition" ("Petition") against Defendants WELLS FARGO BANK, N.A. ("WELLS FARGO") and NAVY FEDERAL CREDIT UNION ("NFCU") (collectively "Defendants") (with Plaintiff and Defendants hereinafter jointly referred to as the "Parties"), and would respectfully show the Court as follows:

### I.     INTRODUCTION.

    1.    This is a cause of action by Plaintiff, against WELLS FARGO and NFCU, as jointly and severally liable, for (a) Action for Breach of Contract; (b) Action for Monies Due on a Written Debt; (c) Action for Money Had and Received; (d) Action for *Quantum Meruit*; (e) Action for Promissory Estoppel As A Claim; (f) Action for Appropriation by Theft; (g) Action for Conversion, (h) Action for Fraud by Misrepresentation and/or Inducement; (i) Action for Fraud by Nondisclosure; (j) Action for Negligence and/or Gross Negligence; (k) Action for

Breach of Duty of Good Faith and Fair Dealing; (l) Action for Unjust Enrichment, and (m) Action for Texas Deceptive Trade Practices Act.

2. Plaintiff seeks actual damages in the amount of **$4,880.00**, and treble damages pursuant to the Texas Deceptive Trade Practices in the amount of **$224,640.00**, for a total claim amount of **$299,520.00**, plus costs of court, attorney fees, pre-judgment interest, and post-judgment interest.

## II. DISCOVERY.

3. Discovery is intended to be conducted under Level 2 of Texas Rule of Civil Procedure 190.2. Plaintiff affirmatively pleads that this suit is governed by the expedited-actions process in Texas Rule of Civil Procedure 169(d).

## III. CLAIM FOR RELIEF.

4. Plaintiff seeks monetary relief of only $250,000.00 or less, excluding attorney fees, pre-judgment interest, post-judgment interest, statutory or punitive damages and penalties, and as may be awarded by the trier of fact. Tex. R. Civ. P. 47(c)(1).

## IV. THE PARTIES AND SERVICE.

5. Plaintiff OSCAR M. GARCIA-RODRIGUEZ, is a resident under the laws of the State of Texas.

6. Upon information and belief, Defendant WELLS FARGO BANK, N.A. is a foreign financial institution chartered as a National Banking Association by the Comptroller of Currency, United States of America, and authorized to do business under the laws of the State of Texas, and may be served with process by serving (a) its General Manager at its local branch located at 6110 N Mesa Street, El Paso, TX, or (b) its registered agent for service of process, Corporation Service Company, at 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218, or (c)

at Defendant's main office located at Wells Fargo Bank, N.A., 420 Montgomery St., San

Francisco, CA 94163, or wherever said Defendant may be found.

7.      Upon information and belief, Defendant NAVY FEDERAL CREDIT UNION. is

a foreign not-for-profit nonstock credit union engaged in the business of banking in the State of

Texas, and authorized to do business under the laws of the State of Texas, and may be served

with process by serving (a) its General Manager at its local branch located at 6450 N Desert

Blvd, Unit D101, El Paso, TX, or (b) its registered agent for service of process, Corporation

Service Company, at 100 Shockoe Slip FL 2, Richmond, VA 23219-4100, or (c) at Defendant's

main office located at Navy Federal Credit Union, 820 Follin Lane, Vienna, VA 22180-4907, or

wherever said Defendant may be found.

## V.      JURISDICTION AND VENUE.

8.      This Court has jurisdiction over these claims and controversy because the subject

matter is not within the exclusive original jurisdiction of some other court or administrative

body, and the amount in controversy exceeds the minimum jurisdictional amount.

9.      This Court has jurisdiction over the controversy as Defendants do business in El

Paso County, Texas, and the facts and events giving rise to this cause of action took place in El

Paso County, Texas.

10.      Venue is proper in this Court pursuant to Tex. Civ. Prac. & Rem. Code Ann. §§

15.002, 15.004, 15.006, and 15.035.

## VI.      FACTUAL BACKGROUND.

11.      At all times relevant herein, GARCIA maintained a checking account ending

number 0329 with WELLS FARGO through various branches in the State of Texas, and no one

else was authorized on said account.

12.     At all times relevant herein, GARCIA had online banking access for said WELLS FARGO checking account ending number 0329, and no one else (a) was authorized to have online banking access for said WELLS FARGO account, or (b) knew the username and password for said online WELLS FARGO account.

13.     Unknown to GARCIA, and without GARCIA's authorization, WELLS FARGO made three (3) unauthorized fraudulent wire transfers to NFCU in the total amount of **$74,880.00**.

14.     Accordingly, in February of 2022, GARCIA notified WELLS FARGO of the three (3) unauthorized fraudulent wire transfers in the total amount of **$74,880.00**, that were withdrawn from GARCIA's checking account number XXXXXX0329.

15.     The three (3) unauthorized fraudulent wire transfers are as follows:

     a.    02/15/2022 – Wire Transfer to NFCU in the amount of $24,900.00, TRN#220215205991

     b.    02/16/2022 – Wire Transfer to NFCU in the amount of $24,990.00, TRN#220216084038

     c.    02/17/2022 – Wire Transfer to NFCU in the amount of $24,990.00, TRN#220217068633

16.     GARCIA subsequently received a letter from WELLS FARGO dated March 22, 2022, stating that a wire recall was initiated by WELLS FARGO to attempt recovery of the funds from NFCU, and that WELLS FARGO was unsuccessful due to the NFCU not having the funds available for return.  Said letter also stated that WELLS FARGO was unable to reimburse GARCIA the **$74,880** and had closed out GARCIA's Claim #2022021700810. (See Exhibit A attached hereto).

17.     On July 7, 2022, GARCIA sent a Demand Letter to WELLS FARGO and NFCU, demanding payment of the three (3) unauthorized fraudulent wire transfers totaling **$74,880** due

Plaintiff's Original Petition
*Oscar M. Garcia-Rodriguez v. Wells Fargo Bank, N.A. and Navy Federal Credit Union*
El Paso County, Texas          Page 4 of 14

GARCIA, within ten (10) days of WELLS FARGO and NFCU's receipt of the Demand Letter. Said Demand Letter also provided WELLS FARGO and NFCU sixty (60) days from the date of receipt of the Demand Letter to reimburse GARCIA for the damages incurred by GARCIA, and caused by WELLS FARGO and NFCU.  (See Exhibit B attached hereto).

18.     Although the Demand Letters were received by WELLS FARGO and NFCU on July 8th, 9th, and 11th, 2022.  (See Exhibits C and D attached hereto).

19.     However, no response to the Demand Letter was received from WELLS FARGO, while Attorney Elizabeth Philips of the NFCU replied that they were unwilling to pay the **$74,880** due GARCIA, during a telephone discussion with the undersigned counsel on August 18, 2022.

20.     As a result of WELLS FARGO and NFCU's failure and/or refusal to pay to GARCIA the total payment of **$74,880**, GARCIA has suffered the following actual damages and costs:

      a.     Actual damages of **$74,880**; and,

      b.     Attorney's fees and costs to prepare the Demand Letter, and prosecute this cause of action.

21.     Accordingly, GARCIA has suffered a total of **$74,880.00**, not including interest, attorney's fees and costs, or other damages, as a result of WELLS FARGO and NFCU's failure and/or refusal to reimburse GARCIA his outstanding checking account balance of **$74,880.00**.

22.     Furthermore, because WELLS FARGO and NFCU's breached and failed and/or refused to comply with its express and/or implied AGREEMENT and/or CONTRACT, as federally-insured financial institutions, that they would retain, protect, return and reimburse GARCIA the total amount of the funds in GARCIA's checking account, upon request and demand, Defendants thereby engaged in an unconscionable act and/or course of action, through

the use and/or employment of false, misleading, or deceptive acts and/or practices, and

misrepresentations, that GARCIA reasonably and justifiably relied upon to his detriment.

Therefore, in accordance with the Deceptive Trade Practices–Consumer Protection Act (DTPA),

pursuant to Texas Business & Commerce Code Chapter 17, "Deceptive Trade Practices",

Defendants are liable for treble damages under the DTPA.

23.     Therefore, GARCIA hereby claims DTPA treble damages in the total amount of

**$224,640.00, which is three (3) times the $74,880.00 total due GARCIA,** thereby raising the

total amount of the claim herein to **$299,520.00,** not including interest, attorney's fees and costs,

or other damages.  (See Exhibit E attached hereto).

24.     The Defendants herein are jointly and severally liable, because at all relevant

times herein, each of the Defendants herein operated their businesses unlawfully, and in

conspiracy with each other, in order to perpetrate an actual or constructive fraud upon the

Plaintiff, for the direct personal benefit of said Defendants.

## VII.       CAUSES OF ACTION.

### A.     Action for Breach of Contract.

25.     GARCIA re-alleges and incorporates herein all of the above paragraphs, the same

as if fully set forth verbatim, and files this Action for Breach of Contract, against WELLS

FARGO, on the basis that GARCIA has suffered monetary damage, financial injury, and mental

anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby

requests relief in an amount to be determined by the trier of fact, as directly and proximately

caused by Defendants.

### B.     Action for Monies Due on a Written Debt.

26.     In the alternative, and in addition to the foregoing cause(s) of action, GARCIA re-

alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Monies Due on a Written Debt, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**C.      Action for Money Had and Received.**

27.      In the alternative, and in addition to the foregoing cause(s) of action, GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Money Had and Received, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**D.      Action for Quantum Meruit.**

28.      In the alternative, and in addition to the foregoing cause(s) of action, GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Quantum Meruit, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**E.     Action for Promissory Estoppel As A Claim.**

29.     In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Promissory Estoppel as a Claim, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**F.     Action for Conversion.**

30.     In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Conversion, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**G.     Action for Appropriation by Theft.**

31.     In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Appropriation by Theft, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**H.      Action for Fraud by Misrepresentation and/or Inducement.**

32.      In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Fraud by Misrepresentation and/or Inducement, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**I.      Action for Fraud by Nondisclosure.**

33.      In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Fraud by Nondisclosure, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**J.      Action for Negligence and/or Gross Negligence.**

34.      In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Negligence and/or Gross Negligence, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by

Defendants.

**K.     Action for Breach of Duty of Good Faith and Fair Dealing.**

35.     In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Breach of Duty of Good Faith and Fair Dealing, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**L.     Action for Unjust Enrichment.**

36.     In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for Unjust Enrichment, against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, due to the actions and inactions of Defendants, and hereby requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by Defendants.

**M.     Action For Texas Deceptive Trade Practices.**

37.     In the alternative, and in addition to the foregoing count(s), GARCIA re-alleges and incorporates herein all of the above paragraphs, the same as if fully set forth verbatim, and files this Action for violation of the Deceptive Trade Practices–Consumer Protection Act (DTPA), pursuant to Texas Business & Commerce Code Chapter 17, "Deceptive Trade Practices", against WELLS FARGO and NFCU, on the basis that GARCIA has suffered monetary damage, financial injury, and mental anguish and/or emotional distress, and hereby

requests relief in an amount to be determined by the trier of fact, as directly and proximately caused by said Defendants.

**VIII.      CONDITIONS PRECEDENT.**

38.      All conditions precedent have been performed or have occurred.

**IX.      NO FEDERAL CLAIMS.**

39.      Plaintiff does not assert any claim in this Petition under Federal common law, or any Federal rule, regulation, or statute, or any other Federal law.

**X.      PRAYER FOR RELIEF.**

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff OSCAR M. GARCIA-RODRIGUEZ herein requests and prays that Defendants WELLS FARGO BANK, N.A. and NAVY FEDERAL CREDIT UNION be cited to appear and answer herein, and that after final trial on this matter, GARCIA be awarded the following upon entry of Judgment against Defendants WELLS FARGO BANK, N.A. and NAVY FEDERAL CREDIT UNION, with said Defendants held jointly and severally liable for the following:

   a.      Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as actual and/or compensatory damages for the actual economic or pecuniary loss, pursuant to Chapter 41 of the Texas Civil Practice & Remedies Code, "Damages";

   b.      Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as Exemplary Damages, in accordance with (i) the Texas Civil Practice and Remedies Code Chapter 41, "Damages", and (ii) the Texas Business & Commerce Code Chapter 27, "Fraud";

   c.      Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as Damages, in accordance with Chapter 134 of the Texas Civil Practice & Remedies Code, "Texas Theft Liability Act";

d.    Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as Treble Damages, in accordance with the Texas Deceptive Trade Practices ("DTPA"), and the common law of the State of Texas;

e.    Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as noneconomic Punitive Damages, pursuant to the common law of the State of Texas;

f.    Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as Special Damages, under the common law of the State of Texas;

g.    Payment in an amount to be determined by the trier of fact, and as may be appropriate, by Defendants to GARCIA, as Unliquidated Damages, under the common law of the State of Texas;

h.    Payment, by Defendants to GARCIA, of all reasonable and necessary attorney's fees incurred to date, as well as all costs incurred to date, in accordance with (i) the Texas Civil Practice & Remedies Code Chapter 38, "Attorney's Fees", (ii) the Texas Civil Practice and Remedies Code Chapter 134, "Texas Theft Liability Damages", (iii) the Texas Business & Commerce Code Chapter 27, "Fraud", (iv) the Texas Deceptive Trade Practices ("DTPA"), and (v) the Texas Civil Practice & Remedies Code Chapter 37, "Declaratory Judgments";

i.    Payment, by Defendants to GARCIA, of pre-judgment interest, calculated on an annual basis on the total judgment herein, from the date of judgment herein until fully paid, at the highest legal or contractual rate allowed by law;

j.    Payment, by Defendants to GARCIA, of post-judgment interest, calculated on an annual basis on the total judgment herein, from the date of judgment until fully paid, at the highest legal or contractual rate allowed by law;

k.    Payment, by Defendants to GARCIA, of **$12,500** for the time (approximately 50 hours) that would be incurred in making or responding to an appeal, or an application for writ of error to the court of appeals, and arguing such an appeal, provided that if Defendants do not appeal this judgment to the court of appeals, and time for appeal to that court has expired, Defendants shall be entitled to a remittitur of **$12,500** against this judgment for said attorney's fees;

l.    Payment, by Defendants to GARCIA, of **$12,500** for the time (approximately 50 hours) that would be incurred in making or responding to an appeal or an application for writ of error to the Supreme Court of the

State of Texas, provided that if Defendants do not appeal from the court of appeals to the Supreme Court of the State of Texas, and time for that appeal has expired, Defendants shall be entitled to a remittitur of **$12,500** against this judgment for said attorney's fees;

m.   Payment, by Defendants to GARCIA, of **$12,500** for the time (approximately 50 hours) that would be incurred if any such application for writ of error were granted, and oral argument had to be made before the Supreme Court of the State of Texas, provided that if Defendants do not appeal from the court of appeals to the Supreme Court of the State of Texas, and time for that appeal has expired, Defendants shall be entitled to a remittitur of **$12,500** against this judgment for said attorney's fees;

n.   Payment, by Defendants to GARCIA, of **$12,500** for the time (approximately 50 hours) that necessarily would be incurred in post-judgment collection;

o.   Issuance of all writs of execution and other process necessary to enforce this judgment, including but not limited to attachment, sequestration, garnishment, liens, receivership, and/or injunction;

p.   Issuance of a permanent mandatory injunction forever compelling Defendants, as well as its officers, agents, servants, employees, attorneys, representatives, and subsidiaries, to deliver, to GARCIA, title to real property lots equal in value to the Total Amount Due, and awarding all other relief to which GARCIA is entitled, whether pled or unpled; and,

q.   Any and all other further relief, both at law and in equity, the Court deems appropriate, whether pled or unpled.

November 3, 2022                              Respectfully submitted,

THE NEVAREZ LAW FIRM, PC
Attorneys And Counselors At Law
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com
/s/  Michael R. Nevarez
By: **MICHAEL R. NEVAREZ**
State of Texas Bar No. 14933400

Attorney for Plaintiff
Oscar M. Garcia-Rodriguez

STATE OF TEXAS   )
                                                    )
COUNTY OF EL PASO                    )

## AFFIDAVIT OF VERIFICATION

Before me, the undersigned authority, personally appeared Oscar M. Garcia-Rodriguez, who swore on oath that the following facts are true and correct:

"My name is, and I am the Plaintiff in the foregoing cause of action. I am over the age of 18 and currently dwelling in the State of Texas. I am of sound mind and capable of understanding and making this affidavit. I have read the foregoing Plaintiffs' Original Petition, and have personal knowledge of all of the facts and contentions stated therein, and do hereby verify that all of the facts and contentions stated therein are true and correct, and, if called as a witness, could appear and testify competently thereto."

_____
Oscar M. Garcia-Rodriguez, Affiant

SIGNED under oath before me, an officer authorized to administer oaths, on this the 3RD of
November , 2022 .

(SEAL)

DENISE D. MACIAS
Notary Public, State of Texas
Comm. Expires 02-03-2025
Notary ID 130986833

Notary Public, State of Texas
Name: Denise D Macias

My Commission Expires:
02 | 03 | 2025

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Nevarez
Bar No. 14933400
MRN@MRN4Law.com
Envelope ID: 69860952
Status as of 11/8/2022 8:26 AM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Michael Nevarez | 14933400 | mrn@mrn4law.com | 11/3/2022 2:48:50 PM | SENT |
| Denise Macias | | paralegal-2@lawofficesmrn.com | 11/3/2022 2:48:50 PM | SENT |
| Denise Macias | | paralegal-2@lawofficesmrn.com | 11/3/2022 2:48:50 PM | SENT |



Claims Assistance Center
ACH/Check Fraud
MAC D1118-02F
12301 Vance Davis Dr. Floor 02
Charlotte, NC 28269-7699

wellsfargo.com

March 22, 2022

OSCAR M GARCIA-RODRIGUEZ
11121 PINK CORAL DR
EL PASO TX 79936-3005

Subject: Resolution of online wire inquiry for Checking account ending 0329
Claim #: 2022021700810

Dear OSCAR M GARCIA-RODRIGUEZ:

We've completed our research of your inquiry about (3) three disputed wire transfer requests
initiated through online banking totaling $ 74,880.00 sent between 02/15/2022 and 02/17/2022.
We found the wire transfers were requested through an online banking session using your
username and password. After reviewing all the information available to us regarding the disputed
transaction, we've determined that you or someone who had your authorization performed the
transaction.

As a courtesy, we initiated a wire recall on your behalf to attempt recovery of the funds.
Unfortunately, the beneficiary bank responded that there were no funds available to return.  As a
result, we are unable to reimburse you and have closed your claim.

For more information to help protect against fraud, please visit:
https://www.wellsfargo.com/privacy-security/fraud

If you have questions, please call us at 1-877-548-9230, Monday through Friday, 7:00 a.m. to
midnight, or Saturday, 8:00 a.m. to 8:00 p.m. Eastern Time. For customers with hearing or speech
disabilities, we accept telecommunications relay service calls.

Thank you. We appreciate your business.

Sincerely,

Claims Assistance Center/Check Fraud Claims



**THE NEVAREZ LAW FIRM, PC**
ATTORNEYS AND COUNSELORS AT LAW
7362 REMCON CIRCLE, EL PASO, TEXAS 79912
TELEPHONE: (915) 225-2255
FACSIMILES: (915) 845-3405
WEBSITE: NEVAREZLAWFIRM.COM

July 7, 2022

*Via USPS Priority Mail:*

Wells Fargo Bank
Claims Assistance Center
1530 N. Lee Trevino Dr.
El Paso, TX 79936

Wells Fargo Bank, N.A.
c/o Corporation Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

Wells Fargo Bank
Claims Assistance Center
ACH/Check Fraud – MAC D1118-02F
12301 Vance Davis Dr. Floor 02
Charlotte, NC 28269-7699

*Via USPS Priority Mail:*

Navy Federal Credit Union
820 Follin Lane SE
Vienna, VA 22180-4907

Navy Federal Credit Union
c/o Corporation Service Company
100 Shockoe Slip Fl 2
Richmond, VA 23219-4100

Re:    Demand Letter to Wells Fargo and Navy Federal Credit Union
        Fraudulent Wire Transfers; Claim # 2022021700810

To Whom It May Concern:

    I represent Mr. Oscar M. Garcia - Rodriguez (hereinafter referred to as "Client"). In February 2022, my Client notified Wells Fargo Bank of (3) three fraudulent wire transfers in the total amount of **$74,880.00**, that were withdrawn from my Client's checking account number XXXXXX0329. The (3) three fraudulent wire transfers are as follows:

1.  02/15/2022     Wire Transfer to Navy Federal Credit Union     $24,900.00
                              TRN#220215205991

2.  02/16/2022     Wire Transfer to Navy Federal Credit Union     $24,990.00
                              TRN#220216084038

| 3. | 02/17/2022 | Wire Transfer to Navy Federal Credit Union<br>TRN#220217068633 | $24,990.00 |
|---|---|---|---|
| | | **TOTAL** | **$74,880.00** |

My Client subsequently received a letter from Wells Fargo Bank dated March 22, 2022, stating that a wire recall was initiated by Wells Fargo Bank to attempt recovery of the funds, and that Wells Fargo Bank was unsuccessful due to the Navy Federal Credit Union not having the funds available for return.  Said letter then stated that Wells Fargo was unable to reimburse my Client the **$74,880** and had closed out my Client's Claim.

The foregoing three (3) wire transfers constitutes ACH fraud that would have been avoided had Wells Fargo Bank and the Navy Federal Credit Union exercised ordinary care.  As such, Wells Fargo Bank and the Navy Federal Credit Union were in the best position to prevent the fraud, and therefore my Client's losses attributable to said fraud should be borne by Wells Fargo Bank and the Navy Federal Credit Union.

As a result of the three (3) fraudulent wire transfers, my Client has been financially and economically damaged in the amount of **$74,880**.  In addition, my Client had to incur the additional cost of Five Hundred Dollars (**$500.00**), as attorney's fees and costs necessary to prepare this Demand Letter.  My Client's damages thus far are in the amount of approximately **$75,380.00.**

Therefore, on behalf of my Client, I hereby demand that, within ten (10) days of your receipt of this Demand Letter, you make payment to my Client, in the amount of **$75,380.00.** Please contact me as soon as possible so that I can provide you with the necessary paperwork, and arrange for immediate payment of the **$75,380.00** to my Client.  You may also contact me to propose an alternate schedule to deliver the payment, within ten (10) days of your receipt of this Demand Letter.

Your failure to comply with the foregoing demands, within ten (10) days of your receipt of this Demand Letter, will result in the filing of a lawsuit, against you, seeking payment for the above-described amount owed to my Client.  Under Texas law, in the event I am forced to file a lawsuit to recover my Client's damages, my Client would be entitled to recover his damages, plus interest and attorney's fees and costs, in addition to the exemplary damages resulting from your actions.

Additionally, if you do not pay the above-described amount to my Client, within sixty (60) days from the date of your receipt of this Demand Letter, the lawsuit filed against you will be amended to include an additional count for your violation of the Deceptive Trade Practices-Consumer Protection Act (DTPA), under Texas Business & Commerce Code Section 17.41 *et. seq.*  Under the DTPA, my Client would be entitled to treble damages, thus increasing the amount owed by **$226,140.00**, for a new total of **$301,520.00**, not including interest, or attorney's fees and costs.

You should understand that I will make every effort to recover my Client's damages, so you must deal with this situation now.  You should also understand that, under Texas law,

July 7, 2022, Demand Letter to Wells Fargo and Navy Federal Credit Union
Fraudulent Wire Transfers; Claim # 2022021700810

Page 2 of 3

interest, attorney's fees and costs will accrue through litigation, and until final payment of all damages. Therefore, please contact me immediately on receipt of this Demand Letter to achieve an amicable and expeditious resolution of this matter, and thereby minimize the attorney's fees and costs.

If you have any questions or comments, please do not hesitate to contact me immediately.

Sincerely,

*Michael R. Nevarez*

Michael R. Nevarez, Esq.

# USPS Tracking®

## Track Another Package  +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9405511108033883117493

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:54 am on July 8, 2022 in EL PASO, TX 79936.

USPS Tracking Plus® Available ⌄

Feedback

## ✓ Delivered, Front Desk/Reception/Mail Room

July 8, 2022 at 11:54 am
EL PASO, TX 79936

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

July 8, 2022, 11:54 am
Delivered, Front Desk/Reception/Mail Room
EL PASO, TX 79936
Your item was delivered to the front desk, reception area, or mail room at 11:54 am on July 8, 2022 in EL PASO, TX 79936.

July 8, 2022, 6:10 am
Out for Delivery
EL PASO, TX 79936

July 8, 2022, 3:57 am
Arrived at Post Office
EL PASO, TX 79925

July 8, 2022, 2:06 am
Arrived at USPS Facility
EL PASO, TX 79925

July 8, 2022, 1:21 am
In Transit to Next Facility

July 8, 2022, 1:01 am
Departed USPS Regional Facility
EL PASO TX DISTRIBUTION CENTER

July 7, 2022, 8:27 pm
Arrived at USPS Regional Facility
EL PASO TX DISTRIBUTION CENTER

July 7, 2022, 7:12 pm
Accepted at USPS Origin Facility
EL PASO, TX 79912

July 7, 2022, 4:25 pm
Shipping Label Created, USPS Awaiting Item
EL PASO, TX 79912

**USPS Tracking Plus®**                                              ⌄

**Product Information**                                              ⌄

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Feedback

**FAQs**

Feedback

# .USPS Tracking®

**FAQs** >

## Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9405511108033883147223

Remove ✕

Your item was delivered in or at the mailbox at 10:20 am on July 9, 2022 in AUSTIN, TX 78701.

**USPS Tracking Plus® Available** ⌄

## ⊘ **Delivered, In/At Mailbox**

July 9, 2022 at 10:20 am
AUSTIN, TX 78701

**Get Updates** ⌄

---

**Text & Email Updates**                                          ⌄

---

**Tracking History**                                              ⌃

July 9, 2022, 10:20 am
Delivered, In/At Mailbox
AUSTIN, TX 78701
Your item was delivered in or at the mailbox at 10:20 am on July 9, 2022 in AUSTIN, TX 78701.

July 9, 2022, 7:35 am
Out for Delivery
AUSTIN, TX 78701

July 9, 2022, 7:24 am

Feedback

Arrived at Post Office
AUSTIN, TX 78744

July 8, 2022, 11:09 pm
Arrived at USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

July 8, 2022, 9:14 pm
Departed USPS Regional Facility
AUSTIN TX PACKAGE SORTING CENTER

July 8, 2022, 8:30 pm
Arrived at USPS Regional Facility
AUSTIN TX PACKAGE SORTING CENTER

July 8, 2022, 7:08 pm
Arrived at USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER

July 8, 2022, 5:57 pm
In Transit to Next Facility

July 8, 2022, 5:22 pm
Departed USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER

July 8, 2022, 4:09 pm
Arrived at USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER

July 8, 2022, 12:07 pm
In Transit to Next Facility

July 8, 2022, 8:37 am
In Transit to Next Facility

July 8, 2022, 4:36 am
Departed USPS Regional Facility
EL PASO TX DISTRIBUTION CENTER

July 7, 2022, 8:27 pm

Feedback

Arrived at USPS Regional Facility
EL PASO TX DISTRIBUTION CENTER

July 7, 2022, 7:12 pm
Accepted at USPS Origin Facility
EL PASO, TX 79912

July 7, 2022, 4:27 pm
Shipping Label Created, USPS Awaiting Item
EL PASO, TX 79912

**USPS Tracking Plus®**                                    ⌄

**Product Information**                                    ⌄

See Less ⌃

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**.USPS Tracking®**

FAQs >

## Track Another Package  +

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9405511108033883176537

Remove ✕

Your item was delivered to an individual at the address at 2:45 pm on July 11, 2022 in CHARLOTTE, NC 28269.

**USPS Tracking Plus® Available** ⌄

⊘ **Delivered, Left with Individual**

July 11, 2022 at 2:45 pm
CHARLOTTE, NC 28269

**Get Updates** ⌄

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                    ⌃

July 11, 2022, 2:45 pm
Delivered, Left with Individual
CHARLOTTE, NC 28269
Your item was delivered to an individual at the address at 2:45 pm on July 11, 2022 in CHARLOTTE, NC 28269.

July 9, 2022, 2:46 pm
Redelivery Scheduled for Next Business Day
CHARLOTTE, NC 28269

Feedback

July 9, 2022, 10:08 am
No Access to Delivery Location
CHARLOTTE, NC 28269

July 9, 2022, 7:32 am
Out for Delivery
CHARLOTTE, NC 28269

July 9, 2022, 7:21 am
Arrived at Post Office
CHARLOTTE, NC 28269

July 9, 2022, 12:05 am
Arrived at USPS Regional Destination Facility
MID CAROLINA NC PACKAGE SORTING CENTER

July 8, 2022
In Transit to Next Facility

July 7, 2022, 8:27 pm
Arrived at USPS Regional Origin Facility
EL PASO TX DISTRIBUTION CENTER

July 7, 2022, 7:12 pm
Accepted at USPS Origin Facility
EL PASO, TX 79912

July 7, 2022, 4:30 pm
Shipping Label Created, USPS Awaiting Item
EL PASO, TX 79912

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less ⌄**

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

## Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9405511108033883197006

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:30 pm on July 9, 2022 in VIENNA, VA 22180.

**USPS Tracking Plus® Available** ⌄

## ✅ Delivered, Front Desk/Reception/Mail Room

July 9, 2022 at 1:30 pm
VIENNA, VA 22180

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

July 9, 2022, 1:30 pm
Delivered, Front Desk/Reception/Mail Room
VIENNA, VA 22180
Your item was delivered to the front desk, reception area, or mail room at 1:30 pm on July 9, 2022 in VIENNA, VA 22180.

July 9, 2022, 12:58 pm
Arrived at Post Office
VIENNA, VA 22180

Feedback

July 9, 2022, 8:02 am
Out for Delivery
VIENNA, VA 22180

July 9, 2022, 6:37 am
Departed USPS Regional Destination Facility
MERRIFIELD VA DISTRIBUTION CENTER

July 9, 2022, 6:04 am
Arrived at USPS Regional Facility
MERRIFIELD VA DISTRIBUTION CENTER

July 9, 2022, 5:27 am
Departed USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

July 9, 2022, 4:12 am
Arrived at USPS Regional Destination Facility
DULLES VA DISTRIBUTION CENTER

July 8, 2022
In Transit to Next Facility

July 7, 2022, 11:15 pm
Departed USPS Regional Facility
EL PASO TX DISTRIBUTION CENTER

July 7, 2022, 8:27 pm
Arrived at USPS Regional Origin Facility
EL PASO TX DISTRIBUTION CENTER

July 7, 2022, 7:12 pm
Accepted at USPS Origin Facility
EL PASO, TX 79912

July 7, 2022, 4:32 pm
Shipping Label Created, USPS Awaiting Item
EL PASO, TX 79912

Feedback

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 9405511108033883126822

Remove ✕

Your item was delivered in or at the mailbox at 2:24 pm on July 11, 2022 in RICHMOND,
VA 23219.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, In/At Mailbox

July 11, 2022 at 2:24 pm
RICHMOND, VA 23219

**Get Updates** ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                        ⌃

July 11, 2022, 2:24 pm
Delivered, In/At Mailbox
RICHMOND, VA 23219
Your item was delivered in or at the mailbox at 2:24 pm on July 11, 2022 in RICHMOND, VA
23219.

July 9, 2022, 11:01 am
No Access to Delivery Location
RICHMOND, VA 23219

Feedback

July 9, 2022, 8:23 am
Out for Delivery
RICHMOND, VA 23219

July 9, 2022, 8:12 am
Arrived at Post Office
RICHMOND, VA 23232

July 9, 2022, 8:04 am
Arrived at USPS Facility
RICHMOND, VA 23232

July 9, 2022, 7:13 am
Departed USPS Regional Facility
RICHMOND VA DISTRIBUTION CENTER

July 9, 2022, 4:46 am
Arrived at USPS Regional Destination Facility
RICHMOND VA DISTRIBUTION CENTER

July 8, 2022
In Transit to Next Facility

July 7, 2022, 8:27 pm
Arrived at USPS Regional Origin Facility
EL PASO TX DISTRIBUTION CENTER

July 7, 2022, 7:12 pm
Accepted at USPS Origin Facility
EL PASO, TX 79912

July 7, 2022, 4:34 pm
Shipping Label Created, USPS Awaiting Item
EL PASO, TX 79912

Feedback

**USPS Tracking Plus®**                                                   ⌄

**Product Information**                                                   ⌄

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

Moffsoft FreeCalc
          Tape

```
                    74,880
                         3 ×
--------------------------------
                   224,640 =

                    74,880 +
--------------------------------
                   299,520 =
```

Date: 10/5/2022
Time: 3:24:04 PM

        www.moffsoft.com

U.S. POSTAGE PAID
FCM LG ENV
EL PASO, TX
79902
NOV 19, 22
AMOUNT
**$6.64**
R2304E106040-10

94163

UNITED STATES
POSTAL SERVICE

RDC 99



CERTIFIED MAIL

7022 0410 0000 7008 2948

WELLS FARGO
SAN ANTONIO, TX
0054935

NOV 2 3 2022

Wells Fargo bank, N.A.
420 Montgomery St.
San Francisco, CA 94163



SWLS
PO Box 920594
El Paso, Tx 74932



ORIGIN ID:SATA      (210) 624-0146
JOANN ESQUIVEL
WELLS FARGO-TOG
4101 WISEMAN BLVD BLDG 108
T7408-013 FL 01
SAN ANTONIO, TX 78251
UNITED STATES US

SHIP DATE: 23NOV22
ACTWGT: 0.50 LB
CAD: 104583435/WSXI2600

BILL RECIPIENT

TO  **SOP / WELLS FARGO**
**CORPORATION SERVICE COMPANY**
**1201 HAYS ST**

**TALLAHASSEE FL 32301**
(800) 927-9801              REF: 0139177
INV:
PO: T7408-013              DEPT: ESO

FedEx
Express

E

TRK#     **3910 5136 4253**
0201

FRI - 25 NOV 10:30A
PRIORITY OVERNIGHT

32301
**XH TLHA**              FL-US    TLH

# EXHIBIT 11

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **OSCAR M. GARCIA-RODRUGUEZ,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. _____ |
| | § | |
| **WELLS FARGO BANK, N.A. and NAVY** | § | |
| **FEDERAL CREDIT UNION,** | § | |
| | § | |
| *Defendants.* | § | |

## LIST OF ALL ATTORNEYS

| Attorney Name, Bar Number, Address & Telephone | Party Represented |
|---|---|
| Justin Opitz<br>State Bar No. 24051140<br>Elizabeth Chandler<br>State Bar No. 24097484<br>McGuireWoods LLP<br>2000 McKinney Avenue, Suite 1400<br>Dallas, Texas 75201<br>Telephone: (214) 932-6400<br>Facsimile: (214) 932-6499<br>jopitz@mcguirewoods.com<br>echandler@mcguirewoods.com | Defendant Wells Fargo Bank, N.A. |
| Michael R. Nevarez<br>mnevarez@lawofficesmrn.com<br>The Nevarez Law Firm, PC<br>7362 Remcon Circle<br>El Paso, Texas 79912<br>Phone: 915-225-2255<br>Fax: 915-845-3405 | Plaintiff Oscar M. Garcia-Rodriguez |
| unknown | Defendant Navy Federal Credit Union |

JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Oscar M. Garcia-Rodriguez

### DEFENDANTS

Wells Fargo Bank, N.A. and Navy Federal Credit Union

**(b)** County of Residence of First Listed Plaintiff   El Paso County, Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Minnehaha County, SD
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Michael R. Nevarez, The Nevarez Law Firm, 7362 Remcon Circle, El Paso, TX 77912; 915-225-2255

Attorneys *(If Known)*

Justin Opitz, McGuireWoods LLP, 2000 McKinney, Ste. 1400, Dallas, TX 75201; 214-932-6400

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government
     Plaintiff
- [ ] 2  U.S. Government
     Defendant
- [ ] 3  Federal Question
     *(U.S. Government Not a Party)*
- [x] 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal | [ ] 376 Qui Tam (31 USC |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| [ ] 140 Negotiable Instrument | Liability | [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Product Liability | | [ ] 830 Patent | [x] 430 Banks and Banking |
| [ ] 152 Recovery of Defaulted | Liability | [ ] 368 Asbestos Personal | | [ ] 835 Patent - Abbreviated | [ ] 450 Commerce |
| Student Loans | [ ] 340 Marine | Injury Product | | New Drug Application | [ ] 460 Deportation |
| (Excludes Veterans) | [ ] 345 Marine Product | Liability | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and |
| [ ] 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets | Corrupt Organizations |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards | Act of 2016 | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | [ ] 371 Truth in Lending | Act | | (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | Product Liability | [ ] 380 Other Personal | [ ] 720 Labor/Management | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal | Property Damage | Relations | [ ] 861 HIA (1395ff) | Protection Act |
| [ ] 196 Franchise | Injury | [ ] 385 Property Damage | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| | [ ] 362 Personal Injury - | Product Liability | [ ] 751 Family and Medical | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ |
| | Medical Malpractice | | Leave Act | [ ] 864 SSID Title XVI | Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement | | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate | | [ ] 870 Taxes (U.S. Plaintiff | [ ] 895 Freedom of Information |
| [ ] 240 Torts to Land | [ ] 443 Housing/ | Sentence | | or Defendant) | Act |
| [ ] 245 Tort Product Liability | Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party | [ ] 896 Arbitration |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - | [ ] 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | [ ] 899 Administrative Procedure |
| | Employment | **Other:** | [ ] 462 Naturalization Application | | Act/Review or Appeal of |
| | [ ] 446 Amer. w/Disabilities - | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration | | Agency Decision |
| | Other | [ ] 550 Civil Rights | Actions | | [ ] 950 Constitutionality of |
| | [ ] 448 Education | [ ] 555 Prison Condition | | | State Statutes |
| | | [ ] 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1  Original
     Proceeding
- [x] 2  Removed from
     State Court
- [ ] 3  Remanded from
     Appellate Court
- [ ] 4  Reinstated or
     Reopened
- [ ] 5  Transferred from
     Another District
     *(specify)*
- [ ] 6  Multidistrict
     Litigation -
     Transfer
- [ ] 8  Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332 and 28 USC 1348

Brief description of cause:
Breach of Contract, monies due on written debt, Mondey Had and Received, Quantum Merult, Promissory Estoppel, Conversion, Appropriation by Theft, Fraud by Misrepresentation and/or Inducement, Fraud by Nondisclosure, Negligence and/or Gross Negligence, Breach of Duty of Good Faith and Fair Dealing, Unjust Enrichment, and DTPA

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION**
     UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
in excess of $299,000

CHECK YES only if demanded in complaint:

**JURY DEMAND:**   [ ] Yes   [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
12/ 16 /2022

SIGNATURE OF ATTORNEY OF RECORD
/s/ Justin Opitz

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1.      Please identify the court from which the case is being removed; the case number; and the complete style of the case.

2.      Was jury demand made in State Court?                Yes          No

If yes, by which party and on what date?

Party Name                                        Date

**STATE COURT INFORMATION**:

1.      List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

3.      List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1.      List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

**VERIFICATION**:

Attorney for Removing Party                                        Date

Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**: